IN RE ESTATE OF THOMAS MURPHY.
S. W. FENDER, ADMINISTRATOR, APPELLANT, V. STATE OF NEBRASKA, CLAIMANT, APPELLEE.

FILED JUNE 24, 1924. No. 23289.

APPEAL from the district court for Keith county: J. LEONARD TEWELL, JUDGE. *Affirmed.*

*George H. Merten,* for appellant.

*O. S. Spillman, Attorney General,* and *Lloyd Dort, contra.*

Heard before MORRISSEY, C. J., LETTON, DAY and THOMPSON, JJ., and BLACKLEDGE, District Judge.

THOMPSON, J.

No bill of exceptions has been filed in the case, nor has the evidence been preserved and presented to us. The only question presented is whether the pleadings sustain the judgment. The case was tried in the district court, by consent, upon the claim presented in the county court and the objections filed in that court. The claim was sufficient to sustain the judgment.

AFFIRMED.